UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSE GUADALUPE AREVALO,

Petitioner,

v.

ORDER
Civil File No. 07-2941 (MJD)
Criminal File No. 00-263 (5) (MJD/JGL)

UNITED STATES OF AMERICA,

Respondent.

---

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

IT IS HEREBY ORDERED that:

The Government is directed to file a response within 45 days from the date of this Order.

If Petitioner chooses to file a reply, that reply must be filed within 30 days from the date of service of the Government's response.

Dated: June 20, 2007

s/Michael J. Davis
Judge Michael J. Davis
United States District Court