# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-263(5) (MJD)

JOSE GUADALUPE AREVALO,

Defendant(s).

I hereby certify that on August 3, 2007, I served, or caused to be served, the following documents:

**OPPOSITION OF THE UNTIED STATES TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

N/A

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Jose Guadalupe Arevalo
#16533-112
BSCC Airpark Unit
3700 Wright Avenue
Big Spring, TX 79720

RACHEL K. PAULOSE
United States Attorney

*s/Pat Schones*

BY: PAT SCHONES
Legal Assistant