**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I served, or caused to be served, the following documents:

**OPPOSITION OF THE UNITED STATES TO PETITIONER AREVALO'S MOTION FOR A SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Andrew Mohring, Esq.**
**Douglas Olson, Esq.**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Jose Guadalupe Arevalo, pro se
#16533-112
BSCC Airpark Unit
3700 Wright Avenue
Big Spring, TX 79720

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Pat Schones*

BY: PAT SCHONES
Legal Assistant